

Joseph A. DiPisa III
joe@yookdipisa.com
201-461-0066 (Office)
201-482-0064 (Fax)
201-655-9428 (Mobile)

YOOK DIPISA LLC
14 Wall Street
20th Floor
New York, NY 10005

April 7, 2026

VIA ECF

Hon. Kenneth M. Karas U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building & U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

   Re: Nancy Isaacs v. Volkswagen Group of America, Inc.
     Case No. 7:25-cv-07091

Dear Judge Karas:

Yook DiPisa LLC represents Plaintiff, Nancy Isaacs, in the above-captioned matter.

I am in receipt of the Court's notice scheduling a status teleconference for April 8, 2026 at 11:00 a.m. Unfortunately, I have a previously scheduled deposition in a matter before the American Arbitration Association (AAA) at that same time, which is set for a May 2026 hearing and cannot be adjourned. I have also conferred with opposing counsel, who has a scheduling conflict as well and desires to adjourn the conference.

Accordingly, we respectfully request that the status conference be adjourned to a mutually convenient date or one which the Court sets. Counsel are available on April 9th at any time, April 21st after 2:00 p.m., April 22nd between 9:00 a.m. and 2:00 p.m., or April 23rd at any time.

Thank you for the Court's consideration.

New York | Fort Lee

Case 7:25-cv-07091-KMK    Document 29    Filed 04/07/26    Page 2 of 2

April 7, 2026
Page 2

Granted. The Court will hold a
conference on 4/22 /26, at 10:30
Via telephone
So Ordered

4/7/26

Respectfully submitted,

YOOK DIPISA LLC


By: /s/ Joseph A. DiPisa
      Joseph A. DiPisa

CC:    All Counsel of Record (via ECF only)